UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD LEE KINNAMON,<br><br>            Plaintiff,<br><br>      v.<br><br>THICH,<br><br>            Defendant. | Case No. 24-cv-02784-RFL (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Todd Lee Kinnamon has not filed an amended complaint by the deadline. Accordingly, this federal civil rights suit is DISMISSED (without prejudice) for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen the suit. Any such motion must (i) have the words MOTION TO REOPEN written on the first page; and (ii) be accompanied by an amended complaint on this Court's form.

The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** November 25, 2024

                                                                                          _____
                                                                                          RITA F. LIN
                                                                                          United States District Judge

1