UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD LEE KINNAMON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THICH,<br><br>　　　　Defendant. | Case No. 24-cv-02784-RFL (PR)<br><br>**ORDER REOPENING ACTION**<br><br>Dkt. No. 14 |

　　　　This federal civil rights suit was dismissed after Plaintiff Todd Lee Kinnamon failed to file an amended complaint by the deadline.  (Order of Dismissal, Dkt. No. 11.)  Since the dismissal, Kinnamon has filed a motion to reopen and a complaint.  The motion to reopen is GRANTED.  (Dkt. No. 14.)  The action is REOPENED.  The Clerk is directed to modify the docket accordingly.  The judgment and the order of dismissal are VACATED.  The complaint will be reviewed in a separate order.

　　　　The Clerk shall terminate Dkt. No. 14.

　　　　**IT IS SO ORDERED.**

**Dated:**  January 16, 2025

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　RITA F. LIN
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge