UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD LEE KINNAMON,<br>Plaintiff,<br>v.<br>A. THICH,<br>Defendant. | Case No. 24-cv-02784-RFL (PR)<br>**ORDER EXTENDING TIME;**<br>**ORDER DENYING REQUEST FOR LEAVE TO ISSUE SUBPOENAS**<br>Dkt. Nos. 30, 31 |

Defendant's motion to extend the deadline to file a dispositive motion, or a notice regarding such motion, is GRANTED. (Dkt. No. 31.) On or before **November 3, 2026**, Defendant shall file a dispositive motion, or a notice regarding such motion. Plaintiff Kinnamon's opposition to the motion shall be filed within 45 days after the motion is filed. Defendant's reply shall be filed within 15 days after the opposition is filed. The motion shall be deemed submitted on the day the reply brief is due.

In this suit, Kinnamon alleges that Defendant Thich used excessive force against him. Kinnamon's motion for leave to issue subpoenas to obtain video and audio evidence from, and conduct depositions of, the Warden and Thich is DENIED. (Dkt. No. 30.) Kinnamon should request the video and audio evidence from Defendant directly. If such efforts during the discovery process are unsuccessful, Kinnamon can file a motion to compel discovery. Parties must meet and confer in good faith to resolve any discovery disputes before filing a motion to compel. His request for Warden Kelly Santoro to attend a deposition is denied because he has not shown why her testimony is relevant. The complaint does not allege that she was a witness

to the events at issue. As for deposing Thich, Kinnamon should contact Defendant's counsel about scheduling a deposition.

The Clerk shall terminate Dkt. Nos. 30 and 31.

**IT IS SO ORDERED.**

**Dated:** July 30, 2026

RITA F. LIN
United States District Judge